AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee


FILED
AUG 0 8 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

United States of America )
v. )
) Case No.
) 3:23-MJ- 103
)
SHOWN A. WHITE )
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 7, 2023__ in the county of __Knox__ in the
__Eastern__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2119 | Carjacking |

This criminal complaint is based on these facts:
Please see the Affidavit of FBI Special Agent Wes Leatham, which is attached hereto and fully incorporated herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Wes Leatham, FBI
*Printed name and title*

Sworn to before me and signed in my presence,
by Teams Videoconferencing.
Date: 8/8/23

*Judge's signature*

City and state: Knoxville, Tennessee        Cynthia Richardson Wyrick, U.S. Magistrate Judge
Greeneville, Tennessee                       *Printed name and title*

# AFFIDAVIT

1. I, Wesley P. Leatham, being duly sworn, state the following information to be true to the best of my knowledge, information and belief:

## INTRODUCTION

2. This Affidavit is being offered in support of a Criminal Complaint against SHOWN AARON WHITE, hereinafter referred to as "WHITE," described as a white male, date of birth July 10, 1980, Social Security Account Number (SSAN) XXX-XX-2229, FBI Number 520114PB7, for Carjacking in violation of Title 18, United States Code, Section 2119.

## AGENT BACKGROUND AND EXPERIENCE

3. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since April 2009. Pursuant to Title 18 of the United States Code, Section 3052, I am authorized to carry firearms, serve warrants and subpoenas issued under the authority of the United States, and make arrests. Additionally, I am empowered to make seizures under warrant for violation of the laws of the United States, pursuant to Title 18 of the United States Code, Section 3107. My primary duties and responsibilities involve the investigation of violations of federal law including violent crime as found in Title 18 of the United States Code, and the Controlled Substances Act as found in Title 21 of the United States Code. I am currently assigned to the Knoxville Field Office of the FBI and am assigned to the Violent Crime Squad/Safe Streets Task Force. During my tenure as an FBI Special Agent, I have investigated numerous crimes including, but not limited to, bank robbery, carjacking, Hobbs Act Robbery, violent gangs and organized crime, kidnapping, violent crime against children, drug trafficking organizations, and fugitives. More specifically, I have conducted physical surveillance, executed search warrants, analyzed phone and internet records, and arrested criminal suspects. I have also

1

spoken to confidential human sources, suspects, defendants, witnesses, and other experienced investigators concerning the methods and practices of the criminal element. I have received training and have experience in interviewing and interrogation techniques, arrest procedures, evidence collection, search and seizure, search warrant applications, and various other investigative techniques. Prior to joining the FBI, I was employed as a state trooper with the Utah Highway Patrol for over nine (9) years, and have over twenty-three (23) years of experience as a law enforcement officer.

4. Except as noted, all of the information contained in this affidavit is either known to me personally or has been told to me by other law enforcement officials. As is detailed below, there is probable cause to believe that WHITE committed carjacking by taking a motor vehicle that had been transported, shipped, or received in interstate commerce from the person or presence of another by force and violence or by intimidation, with the intent to cause death or serious bodily injury.

## APPLICABLE LAW

5. Title 18 U.S.C. 2119 punishes whoever, with the intent to cause death or serious bodily harm takes a motor vehicle that has been transported, shipped, or received in interstate or foreign commerce from the person or presence of another by force and violence or by intimidation, or attempts to do so.

## PROBABLE CAUSE

6. On or about August 7, 2023, at approximately 6:35 a.m., officers from the Knoxville Police Department ("KPD") responded to a call for service regarding a female who received lacerations as a result of an assault by her son, WHITE, who was wielding a knife. The female, whose identity is known to law enforcement, hereinafter referred to as "K.B.," told officers that

2

WHITE fled in her vehicle, a 2018 Nissan Sentra, bearing Tennessee license plate number BCQ-0176, southbound on Broadway following the assault.

7. On or about August 7, 2023, at approximately 6:46 a.m., KPD officers responded to a call regarding a single vehicle crash in the vicinity of 549 Henley Street, which is near the intersection of Henley Street and Clinch Avenue. Upon arrival KPD officers located a 2018 Nissan Sentra, bearing Tennessee license plate number BCQ-0176, which had recently been crashed and was unoccupied.

8. Around the time of the aforementioned vehicle crash, the driver of a 2020 Peterbuilt, Model 567, Waste Management waste collection truck, bearing Tennessee license plate number H909045, with assigned Vehicle Identification Number ("VIN") 1NPCLH0X4LD723890, was traveling northbound on Henley Street in the vicinity of Clinch Avenue in Knoxville, Tennessee. The driver, whose identity is known to law enforcement, hereinafter referred to as "VICTIM," observed a white male run in front of his vehicle waving his arms and shouting for help. The VICTIM stopped his vehicle in the roadway and the white male ran to the passenger side, opened the door, and entered the cab of the VICTIM'S vehicle.

9. The VICTIM advised the white male that he would help him, but the white male would not be able to stay in the truck. The white male then brandished a folding knife, held it to the VICTIM'S throat, and stated he was going to kill the VICTIM. The white male instructed the VICTIM to make a U-turn, and head south on Chapman Highway. The VICTIM complied with the white male's demands while attempting to plea for his life and reason with him. The white male continued to hold the knife to the victim's throat while directing him to continue driving south and disregard traffic signals. While traveling southbound, the white male made several attempts to stab the VICTIM about his head, throat, and chest. However, the VICTIM was able

3

to block several of the initial attacks. The white male threatened to kill the VICTIM. The white male made continued attempts to cut and stab the VICTIM with the knife and eventually made a deep stab wound to the VICTIM's upper arm and a deep laceration across the length of the right side of his face.

10. Near the intersection of Chapman Highway and Hendron Chapel Road, the VICTIM, in an attempt to escape, opened the driver's door, and jumped out of the moving vehicle, which was traveling approximately 40 miles per hour. This resulted in severe road rash and other injuries to the VICTIM. The VICTIM was transported to the hospital as a result of his injuries.

11. Next, the white male took control of the truck and continued southbound on Chapman Highway. Several witnesses began to call E-911 to report the Waste Management truck driving recklessly on Chapman Highway. Deputies with the Sevier County Sheriff's Office ("SCSO") located the vehicle and initiated a pursuit. SCSO notified the Sevierville Police Department ("SPD") of the fleeing vehicle, which was heading towards Sevierville. SPD officers set up spike strips within the vehicle's path. The spike strips were successful in disabling several of the vehicle's tires. The white male eventually crashed the vehicle into a business located on Dolly Parton Parkway, severely damaging the building and the vehicle. The white male was taken into custody by SCSO and identified as WHITE.

12. I reviewed several videos which were captured during the incident from the internal dash camera located within the aforementioned Waste Management truck. The videos corroborated the VICTIM'S account of the carjacking and attacks by WHITE. I was able to positively identify WHITE in the internal dash camera footage based on WHITE'S driver's license photo and his distinctive neck tattoo. The neck tattoo can be seen on the camera footage as well as his driver's license photo.

4

13. On August 7, 2023, I conducted a Vehicle Identification Number (VIN) decoder inquiry of the VIN assigned to the aforementioned Waste Management truck on the United States Department of Transportation (USDOT) National Highway Traffic Safety Administration (NHTSA) website, which listed the vehicle's manufacturing plant as Denton, Texas.

14. The aforementioned incident occurred within the Eastern District of Tennessee. Based upon the foregoing, there is probable cause to believe that WHITE violated Title 18, United States Code, Section 2119.

FURTHER AFFIANT SAYETH NAUGHT.

_____
WESLEY P. LEATHAM
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn to before me on this 8 day of August, 2023.

By Teams Videoconferencing

_____
CYNTHIA RICHARDSON WYRICK
UNITED STATES MAGISTRATE JUDGE