**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:23-CR-92 |
| v. ) | |
| ) | JUDGE VARLAN |
| SHOWN A. WHITE ) | |

## UNITED STATES' SENTENCING MEMORANDUM

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, submits this sentencing memorandum, pursuant to Rule 32 of the Federal Rules of Criminal Procedure and hereby requests that the Court sentence the defendant in the above-referenced case to 292 months, a sentence which is sufficient, but not greater than necessary to address the concerns set forth in Title 18, United States Code, Section 3553(a).

I. Sentencing Factors

a. *The nature and circumstances of the offense*

The defendant pled guilty to Count One, carjacking, in violation of Title 18, United States Code § 2119. For purposes of this memorandum, the facts of this offense are set forth in paragraphs 16 through 30 of the Presentence Investigation Report ("PSR"). (Doc. 50, PSR, Pgs. 5-7).

On August 7, 2023, the defendant crashed a vehicle on Henley Street in Knoxville, Tennessee. Prior to police arrival, the defendant flagged down a Waste Management garbage truck for help. The driver of the truck, M.P., stopped and offered assistance. The defendant got into the passenger side of the garbage truck without M.P.'s permission. The defendant brandished a knife, held it to M.P.'s throat, stated he was going to kill M.P., and told M.P. to drive. (*Id.* at 5).

M.P. complied with the defendant's demands all the while pleading for his life and attempting to reason with the defendant. The defendant stabbed M.P. in the upper arm and across the right side of the face. Near the intersection of Chapman Highway and Hendron Chapel Road in Knox County, Tennessee, M.P. escaped the defendant's attack by jumping out of the moving garbage truck. M.P. suffered serious bodily injuries from the knife attack and from jumping from the moving truck. (*Id.* at 5).

The defendant took over driving the garbage truck and several witnesses called E-911 to report the truck driving recklessly on Chapman Highway. Deputies with the Sevier County Sheriff's Office ("SCSO") located the truck and initiated a pursuit. The Sevierville Police Department assisted the SCSO by deploying spike strips and thereby disabled several of the truck's tires. The defendant ultimately crashed the truck into Tennessee Hot Tubs, a business located on Dolly Parton Parkway in Sevierville, Tennessee, severely damaging the building and the truck. The defendant was arrested and transported to the hospital. (*Id.* at 5-6).

    b. *The history and characteristics of the defendant*

The defendant is 45 years old and has an extensive criminal history dating back to 1993. His prior convictions include several evading arrests, possession of methamphetamine for resale, reckless endangerment, aggravated assaults, simple assaults, and failure to appears. Additionally, the defendant has a history of not complying with his conditions on probation while under the state judicial system. The defendant's criminal history score is twenty-one and is in criminal history category VI. (*Id.* at Pg. 22, ¶ 74).

c. *To reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense*

Carjacking a victim while brandishing a knife and stabbing a victim is serious, and the sentence should reflect its serious nature. The defendant's actions demonstrate an unwillingness to follow the law and a proclivity for dangerous conduct. A sentence of 292 months' imprisonment should be imposed to provide just punishment for the defendant's crime.

d. *To afford adequate deterrence to criminal conduct and to protect the public from further crimes of the defendant*

A just punishment is appropriate to provide adequate deterrence to the defendant and send a message to the community that his conduct will have serious consequences. In order to adequately deter the defendant for his crime and to protect the public, the defendant should face a substantial prison sentence to dissuade him for any future criminal conduct.

e. *to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;*

The United States believes the defendant would benefit from opportunities and treatment that the Bureau of Prisons offers. The United States believes the defendant would benefit from substance abuse treatment, mental and emotional health treatment, and educational and vocational training offered by the Bureau of Prisons.

**II.     Recommendation**

The presentence report prepared by Ms. Kharmon Anderson, U.S. Probation Officer, establishes the advisory guideline range to be life imprisonment due to his total offense level of 43 and criminal history category VI. (*Id*. at Pg. 31). However, since the statutory maximum term of imprisonment is twenty-five years, the defendant's effective guideline term of
3

Case 3:23-cr-00092-TAV-DCP     Document 54     Filed 12/22/25     Page 3 of 4     PageID #: 173

imprisonment is 300 months. (*Id*.). The United States does not dispute the PSR; however, the United States seeks to abide by the plea agreement and requests the Court to sentence the defendant to 292 month's imprisonment. (Doc. 46, Plea Agreement, Page ID#111). The United States recognizes that this is eight months less than the guideline sentence; however, 292 months is still a sentence which is sufficient, but not greater than necessary to address the concerns set forth in Title 18, United States Code, Section 3553(a). The United States also requests the Court to order restitution in the amount of $442,636.13 pursuant to 18 U.S.C. § 3663A. (Doc. 50, Pg. 37).

        Respectfully submitted,

        FRANCIS M. HAMILTON III
        UNITED STATES ATTORNEY

By:    s/ *Miriam S. Johnson*
        MIRIAM S. JOHNSON
        Assistant United States Attorney
        800 Market Street, Suite 211
        Knoxville, TN 37902
        865.545.4167
        Miriam.Johnson@usdoj.gov
        TN Bar# 034292