FILED

2025 JAN 20 PM 1:0

EASTERN DIST COURT
EASTERN DIST. TENN

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

UNITED STATES OF AMERICA

v.

SHOWN A. WHITE

CASE NO.: 3:23-CR-92

JUDGE POPLIN

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE:     SHERIFF
           OR ANY AUTHORIZED CUSTODIAN
           THEREOF - GREETING:

      We command that you have the body of SHOWN A. WHITE, detained in the Knox County Jail, under your custody as it is said, under safe and secure conduct before the Judge of our District Court within and for the Eastern District of Tennessee, at the City of Knoxville, Tennessee, on September 12, 2023 at 10:30AM, there to be present for an Initial Appearance, or for his case to be otherwise disposed of upon said indictment heretofore returned against him, and each day thereafter until said case is disposed of, and immediately thereafter the said defendant shall be returned to the said SHERIFF, Knox County Jail, under safe and secure conduct, and have you then and there this writ.

      And as by order of said District Court it is directed, if said SHERIFF so directs, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal is hereby ordered and directed to receive said SHOWN A. WHITE, into their custody and possession at said Knox County Jail, and under safe and secure conduct to have him before the Judge of our District Court at the time and place

aforesaid for the purpose aforesaid, and to return him to said Knox County Jail, under safe and

secure conduct and redeliver him to the SHERIFF, Knox County Jail.

LEANNA R. WILSON, Clerk

By: _____
Deputy Clerk

**CUSTODY ASSUMED:**

EXECUTED this _12_ day of _September_, 2023.

By: _____
United States Marshal/Deputy

**RETURNED:**

EXECUTED this _14_ day of _January 2026_ 2023.

By: _____
United States Marshal/Deputy

**SENTENCED STATE PRISONER**: Yes: _____ No: _____